**Order entered July 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01622-CV

### KAREN HOUSTON, ET AL., Appellants

### V.

### JERRY KIRCHMAN & ASSOCIATES, ET AL., Appellees

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 81,238**

## ORDER

Appellants' brief is past due. Before the Court is the July 9, 2015 pro se motion of appellants Karen Houston and Houston Northshore Peninsula, Ltd. seeking an extension to "hire another attorney or prepare pro se." In the motion, appellants state that their attorney, Teresa Robbins, has informed them that she will not handle their appeal. However, Ms. Robbins has not filed a motion to withdraw with this Court. *See* TEX. R. APP. P. 6.5. Accordingly, Ms. Robbins is still the attorney of record for appellants. Accordingly, the Court takes no action on appellants' pro se motion.

On the Court's own motion, we **ORDER** appellants to file a brief **WITHIN FORTY-FIVE DAYS** of the date of this order.

/s/     ELIZABETH LANG-MIERS
        JUSTICE